**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Benjamin LOPEZ–LOPEZ, Defendant–Appellant.**

**No. 08–50341.**

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 11, 2009.*

Filed Aug. 17, 2009.

Jill L. Burkhardt, Esquire, Assistant U.S., Office of the U.S. Attorney, San Diego, CA, Plaintiff–Appellee.

John Owen Lanahan, Law Office of John Lanahan, San Diego, CA, for Defendant–Appellant.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: KLEINFELD, M. SMITH, and IKUTA, Circuit Judges.

MEMORANDUM **

Benjamin Lopez–Lopez appeals from the 235–month sentence imposed following modification pursuant to 18 U.S.C. § 3582(c)(2). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Lopez–Lopez contends that the district court procedurally erred by failing to explain why it denied his request for a variance below the modified Guidelines range. We review for plain error, *see United States v. Dallman*, 533 F.3d 755, 761 (9th Cir.2008), and we affirm because Lopez–Lopez has not established that any error affected his substantial rights, *see id.* at 761–62.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

